IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PHILLIP T. THOMAS,

     Petitioner,                                    JUDGMENT IN A CIVIL CASE

v.                                                  Case No.   13-cv-135-wmc

UNITED STATES OF AMERICA,

     Respondent.

This action came before the court for consideration before the court with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing petitioner Phillip T. Thomas's motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255 without prejudice for want of prosecution.

_____/s/_____              _____9/24/2013_____
Peter Oppeneer, Clerk of Court                              Date